**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY P. MORRISSEY and DENISE A. DUBRAVEC, as Independent Co-Executors of the Estate of ROBERT A. HIBBARD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:25-cv-12375 |

**COMPLAINT**

NOW COME the Plaintiffs, MARY P. MORRISSEY and DENISE A. DUBRAVEC, as Independent Co-Executors of the Estate of ROBERT A. HIBBARD, by and through attorneys, O'HAGAN MEYER, LLC, and for their complaint against Defendant, UNITED STATES OF AMERICA, and, hereby states as follows:

**JURISDICTION AND VENUE**

1. This case is brought in this jurisdiction pursuant 28 U.S.C. §1346(b) and 2671-2680, as this action involves an individual who was wrongfully injured and killed due to the wrongful and negligent acts of federal employees who were acting within the scope of their official duties for the United States of America's federal agency, the U.S. Department of Veterans Affairs.

2. Venue is proper in this Court pursuant to §750.32(a) Suits under the Federal Torts Claims Act and 28 U.S.C. 1402, which states venue is proper in a judicial district where the plaintiff resides.

3. A U.S. Department of Justice Standard Form 95 was timely filed with the Department of Veterans Affairs on December 20, 2024.

4. Plaintiffs now file suit under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671, et. seq, as more than six (6) months has passed since the claim was filed, and no decision has been communicated to Plaintiff.

5. On July 24, 2025, Counsel for the Department of Veteran Affairs, Adana Brumfield, communicated with Counsel for the Estate of Robert A. Hibbard that the VA's review is still pending.

6. As such, Plaintiffs have satisfied the applicable administrative remedies.

## PARTIES

7. Plaintiffs' decedent Robert A. Hibbard, died on October 16, 2023. At all times relevant, Robert A. Hibbard, deceased, was a resident of Whiteside County, Illinois.

8. On December 5, 2024, Mary P. Morrissey was appointed as Independent Co-Executor of the Estate of Robert A. Hibbard.

9. Plaintiff Mary P. Morrissey, Independent Co-Executor of the Estate of Robert A. Hibbard, is a resident of Naperville, Illinois in DuPage County and is the biological daughter of the deceased, Robert. A. Hibbard.

10. On December 5, 2024, Denise A. Dubravec was appointed as Independent Co-Executor of the Estate of Robert A. Hibbard.

11. Plaintiff Denise A. Dubravec, Independent Co-Executor of the Estate of deceased Robert A. Hibbard, is a resident of Elmhurst, Illinois in DuPage County and is the biological daughter of the deceased, Robert A. Hibbard.

12. At the time of his death, Robert Hibbard is survived by his wife, Patricia Hibbard, children Dawn Thompson, Linda Brown, Mary P. Morrissey, Denise A. Dubravec, Steven Hibbard, fifteen grandchildren and seven great grandchildren.

13. Defendant, UNITED STATES OF AMERICA, is the appropriate Defendant pursuant to 28 U.S.C. § 1346(b)(1) and §2671-2680.

14. Defendant UNITED STATES OF AMERICA, through its agency, the Department of Veteran Affairs, owned, operated, and controlled the Iowa City VA Medical Center in Iowa City, Iowa. At all times relevant, Defendant the United States of America, acted through its employees, including physicians, nurses, employees, and agents who provided medical services within the scope of their employment obligations on behalf of the United States of America.

## STATEMENT OF FACTS

15. At all times relevant, deceased Robert A. Hibbard was a patient of the Iowa City VA Medical Center for treatment relating to diabetes and end stage renal disease.

16. Between 2017 and 2023, Robert A. Hibbard received dialysis treatments every Monday, Wednesday, and Friday mornings at DaVita Kidney Care in Sterling, Illinois.

17. On September 26, 2023, Robert A. Hibbard went to the Iowa City VA Medical Center for a vascular surgery consultation with Katherine L. Boyd.

18. On September 26, 2023, Robert A. Hibberd reported to Katherine L. Boyd that he was experiencing periods of low flows during his dialysis treatments.

19. Following Robert. A. Hibbard's appointment on September 26, 2023, Iowa City VA Physician, Adeola T. Odugbesi, diagnosed Robert A. Hibbard with a malfunctioning right upper extremity AV fistula.

20. Robert A. Hibbard was scheduled for outpatient surgery to his Right Upper Extremity fistula gram for Friday, October 13, 2023, at the Iowa City VA Medical Center.

21. Robert A. Hibbard was scheduled to return home the same day as his surgery on October 13, 2023.

22. Katherine L. Boyd advised Robert A. Hibbard that the Iowa City VA would have his regularly scheduled and prescribed dialysis treatment at the Iowa City VA Medical Center on October 13, 2023, following his outpatient fistula gram.

23. On Friday, October 13, 2023, Robert A. Hibbard presented for his scheduled outpatient surgery at the Iowa City VA Medical Center.

24. On Friday, October 13, 2023, at the Iowa City VA Medical Center lab studies were performed prior to surgery indicating that Robert A. Hibbard's potassium levels were high, at 6.0.

25. On Friday, October 13, 2023, Robert A. Hibbard's surgery was performed by Dr. Nicole Gensicke and supervising/attending physician Dr. Adeola T. Odugbesi.

26. On Friday, October 13, 2023, Robert A. Hibbard's surgery was completed without any complications.

27. On Friday, October 13, 2023, following Robert A. Hibbard's surgery, Mr. Hibbard proceeded to his regularly prescribed dialysis treatment.

28. On Friday, October 13, 2023, Robert A. Hibbard's regularly prescribed dialysis treatment was only partially completed due to pain in Mr. Hibbard's arm.

29. On Friday, October 13, 2023, Robert A. Hibbard received less than one-half of his prescribed dialysis treatment from the Iowa City VA Medical Center.

30. On Friday, October 13, 2023, the Iowa City VA Medical Center admitted Robert A. Hibbard for further observation due to his incomplete dialysis treatment.

31. On Friday, October 13, 2023, after his incomplete dialysis treatment, while Robert A. Hibbard was admitted for further observation, the Iowa City VA Medical Center, through its doctors and medical professionals, did not request, order, or complete any lab work to evaluate

4

Mr. Hibbard's electrolyte levels despite Mr. Hibbard receiving significantly less than his prescribed dialysis.

32. On Saturday, October 14, 2023, the Iowa City VA Medical Center, through its VA medical staff, ordered Mr. Hibbard to be discharged without any lab tests to evaluate whether or not his electrolyte levels were within a safe range.

33. On Saturday, October 14, 2023, at the time of his discharge, the VA medical staff did not know whether Robert A. Hibbard's electrolyte levels were within a safe range to provide Mr. Hibbard with a bridge until his known scheduled dialysis treatment for Monday, October 16, 2023.

34. On Saturday, October 14, 2023, prior to Robert A. Hibbard's discharge, the VA medical staff did not provide Mr. Hibbard or his wife Patricia Hibbard with any communications or information relating to the limited dialysis treatment received on Friday October 13, 2023, or warn him of potential unsafe electrolyte levels.

35. On Saturday, October 14, 2023, prior to, at the time of, or following Robert A. Hibbard's discharge, the VA medical staff did not provide any communications or information or warning relating to Mr. Hibbard's high potassium levels to Mr. Hibbard nor his wife Patricia Hibbard.

36. On Sunday, October 15, 2023, Robert A. Hibbard reported to Patricia Hibbard, his wife, that he was not feeling very well.

37. On Monday, October 16, 2023, Robert A. Hibbard woke up and reported to Patricia Hibbard, his wife, that he was feeling worse.

38. On Monday, October 16, 2023, Robert A. Hibbard reported to Patricia Hibbard, his wife, that he could not go to his dialysis treatment.

39. On Monday, October 16, 2023, Patricia Hibbard called DaVita Kidney Care and told them Robert A. Hibbard was not feeling well and that as a result he could not come in for his dialysis treatment.

40. On Monday, October 16, 2023, DiVita Kindey Care instructed Patricia Hibbard that Robert A. Hibbard needed to go to the hospital if he could not appear for his scheduled dialysis treatment.

41. Immediately following Patricia Hibbard's call with DiVita Kidney Care, Patricia began to get ready to take Robert A. Hibbard to the hospital.

42. Shortly thereafter, Patricia Hibbard returned to the living room to take Robert A. Hibbard to the hospital and found him unresponsive in a chair.

43. Immediately after finding Robert A. Hibbard unresponsive, Patricia Hibbard called 911, who instructed her to move Mr. Hibbard onto the ground and begin CPR.

44. When EMS arrived Robert A. Hibbard was found in ventricular tachycardia.

45. The responding EMS personnel shocked Robert A. Hibbard twice, and administered five rounds of epinephrine as well as amiodarone while enroute to the hospital.

46. The responding EMS personnel took Robert A. Hibbard to CGH Medical Center in Sterling, Illinois. Mr. Hibbard was still unresponsive in PEA and was given additional CPR.

47. While Robert A. Hibbard was at CGH Medical Center and remained unresponsive, the doctors of CGH Medical Center explained Mr. Hibbard could not tolerate dialysis treatment, even on a ventilator, and they were just trying to make Mr. Hibbard comfortable.

48. A short time later, Robert A. Hibbard died from cardiac arrest due to hyperkalemia/uremia due to his dangerous potassium levels.

49. Robert Hibbard is survived by his wife, Patricia Hibbard, children Dawn Thompson, Linda Brown, Mary P. Morrissey, Denise A. Dubravec, Steven Hibbard, fifteen grandchildren and seven great grandchildren.

50. On March 27, 2024, at the request of the medical staff at the Iowa City VA Medical Center, Patricia Hibbard, Denise Dubravec, Mary Morrissey, and attorney Kirsten Casas participated in a conference call with Iowa City VA Medical Center Chief of Staff Dr. Vishal Vashistha, Chief of Surgery Dr. Maen Aboul Hosn, Program Analyst Daniel Wineland, Risk Manager Jill Biscupski, R.N., and Administrator Officer Surgery Dena Bryant.

51. During the March 27, 2024, conference call, Dr. Vashistha explained that he reviewed Robert A. Hibbard's case and reported to the Hibbard family that the VA Medical Center could have done better with regard to the care and treatment of Mr. Hibbard following his fistula surgery on October 13, 2023.

52. During the March 27, 2024, conference call, Dr. Vashistha further explained they believed Robert A. Hibbard was released from the hospital without transfer of care communication.

53. During the March 27, 2024, call, Dr. Vashistha also explained that Robert A. Hibbard not completing his dialysis treatment after surgery could have been a contributing factor to Mr. Hibbard's death.

54. On March 27, 2024, during the call, Dr. Vashistha further explained that following a review of the case by the Iowa City VA Medical Center's nephrologist, it was believed that Robert A. Hibbard likely did not receive sufficient dialysis on Friday October 13, 2023, to safely bridge him to his next scheduled dialysis treatment on Monday, October 16, 2023.

55. On March 27, 2024, during the call, Dr. Vashistha also explained that Robert A. Hibbard on Friday October 13, 2023, received less than 50% of the dialysis treatment that he should have received.

56. During the March 27, 2024, conference call, Dr. Vashistha shared with the Hibbard Family, that based on his review of Robert A. Hibbard's case, the Hibbard Family could submit a tort claim to the Department of Veteran Affairs, and that they would provide the Hibbard Family with the information needed to file a tort claim.

57. On March 28, 2024, The Iowa City VA sent Patricia Hibbard copies of the U.S. Department of Veteran Affairs, Office of General Counsel Torts Law Group Frequently Asked Questions Regarding Claims for Compensation for Injuries Occurring During Medical Care, Request for and Authorization to Release Health Information, and a blank U.S. Department of Justice Standard Form 95.

**LIABILIY UNDER ILLINOIS STATE LAW**

58. Pursuant to the Erie Doctrine, Illinois law is the applicable law to issue here as the Plaintiffs, who are citizens of Illinois, bring forth this complaint against Defendant United States of America, through its Iowa City VA Medical Center and its physicians, nurses, physician assistants, contractors, agents, and other medical staff through the Federal Torts Claims Act.

59. The Federal Torts Claims Act states that state law, where the Plaintiff or Plaintiffs reside, shall govern the wrongful and negligent acts of federal employees acting within their scope of employment. *See §750.32(a) Suits under the Federal Torts Claims Act and 28 U.S.C. 1402 and Paragraph 4 of Complaint.*

**COUNT I – NEGLIGENCE**
*Against The United States of America*

60. Plaintiffs re-allege and incorporate paragraphs 1-59 as though fully set forth herein.

8

61. Pursuant to 735 ILCS 5/2-116, Defendant United States of America owed Robert A. Hibbard a duty to exercise reasonable care in providing medical treatment in accordance with the accepted medical standards of care and treatment.

62. Pursuant to 735 ILCS 5/2-116, Defendant United States of America, breached its duty by failing to follow the reasonable standard of care owed to Robert A. Hibbard in his treatment when failing to complete his prescribed dialysis treatment.

63. Pursuant to 735 ILCS 5/2-116, Defendant United States of America further breached its duty by failing to follow the reasonable standard of care owed to Robert A. Hibbard when they discharged Mr. Hibbard prior to confirming his electrolyte levels were in a safe range sufficient enough to bridge his less than partial dialysis treatment on Friday October 13, 2023 to his next planned dialysis treatment on Monday, October 16, 2023.

64. Pursuant to 735 ILCS 5/2-116, Defendant United States of America's breach was a proximate cause of Robert A. Hibbard's ventricular tachycardia.

65. As a result of the Defendant's breaches of duties, Plaintiffs sustained economic and non-economic damages, including but not limited to, medical expenses, future economic damage, pain and suffering, emotional distress and mental anguish, and the loss of consortium.

WHEREFORE, Plaintiffs Mary P. Morrissey and Denise A. Dubravec, as independent Co-Executors of the Estate of Robert A. Hibbard respectfully request that this Court enter judgment in their favor and against the Defendant, United States of America on Count I, praying for a judgment against the Defendant for the wrongful death of Robert A. Hibbard up to the amount set forth and claimed in the Plaintiffs' administrative claim.

### COUNT II – WRONGFUL DEALTH
*Against The United States of America*

66. Plaintiffs re-allege and incorporate paragraphs 1-59 as though fully set forth herein.

67. Plaintiffs bring this claim for wrongful death pursuant to Illinois Wrongful Death Act, 740 ILCS 180.

68. Plaintiffs claim Robert A. Hibbard's death was caused by the Defendant United States of America's, negligence through its Iowa City VA Medical Center *See paragraphs 58-63*.

69. Plaintiffs claim Defendant United States of America failed to provide Robert A. Hibbard, decedent, with the reasonable duty of care through its acts and omissions, which include but are not limited to:

   a. Failure to administer adequate dialysis treatment prescribed to Robert A. Hibbard;

   b. Failure to properly monitor Mr. Hibbard's electrolyte levels while admitted at Iowa City VA Medical Center;

   c. Failure to timely order and/or carry out blood chemistry and lab work to monitor Mr. Hibbard's electrolyte levels while admitted;

   d. Terminated Robert A. Hibbard's regularly prescribed dialysis treatment early;

   e. Failure to instruct Robert A. Hibbard to follow up with his external nephrology program and/or nephrologist regarding the shortened dialysis treatment received following surgery;

   f. Failure to provide Robert A. Hibbard with transfer of care communication following discharge;

   g. Failure to supervise the residents and/or attending physicians treating Robert A. Hibbard;

   h. Failure to coordinate care with external physicians who were treating Robert A. Hibbard;

10

      i. Failure to provide Robert A. Hibbard with the reasonable and necessary care that would have prevented him from suffering injuries and death;

      j. Failure to properly monitor and manage Robert A. Hibbard's symptoms and treatment plan;

      k. Failure to warn Robert A. Hibbard of his dangerous electrolyte levels; and

      l. Failure to act reasonably under the circumstances.

70. As a direct and proximate result of Defendant United States of America's careless and negligent acts and/or omissions, Plaintiffs sustained economic and non-economic damages, including but not limited to, medical expenses, future economic damage, pain and suffering, emotional distress and mental anguish, and the loss of consortium.

WHEREFORE, Plaintiffs Mary P. Morrissey and Denise A. Dubravec, as independent Co-Executors of the Estate of Robert A. Hibbard respectfully request that this Court enter judgment in their favor and against the Defendant, United States of America on Count II, praying for a judgment against the Defendant for the wrongful death of Robert A. Hibbard up to the amount set forth and claimed in the Plaintiffs' administrative claim.

### COUNT III – SURVIVAL ACT
*Against The United States of America*

71. Plaintiffs re-allege and incorporate paragraphs 1-59 as though fully set forth herein

72. Plaintiffs bring this claim under the Illinois Survival Act, 755 ILCS 5/27-6.

73. Plaintiffs' claim allows the Estate of Robert A. Hibbard to pursue legal claims that Mr. Hibbard could have brought if he had lived that were caused by the Defendant through its acts and/or omissions resulting in Mr. Hibbard's suffering from significant physical harm prior to his death. *See paragraphs 60-70.*

74. Robert A. Hibbard suffered pain and other compensable damages prior to his and during the cardiac arrest, caused by Defendant's breaches of duty, resulting in his death on Monday, October 16, 2023

WHEREFORE, Plaintiffs Mary P. Morrissey and Denise A. Dubravec, as independent Co-Executors of the Estate of Robert A. Hibbard, respectfully request that this Court enter judgment in their favor against the Defendant under the Illinois Survival Act, 755 ILCS 5/27-6, up to the amount as set forth and claimed in the Plaintiffs' administrative claim.

Respectfully submitted,

O'HAGAN MEYER, LLC

By: */s/ Daniel J. Nolan*
One of the attorneys for Plaintiffs

James J. O'Hagan, Esq. (ARDC # 2094754)
Daniel J. Nolan, Esq. (ARDC # 6243577)
Bryan W. White, Esq. (ARDC # 6307312)
O'HAGAN MEYER, LLC
One E. Wacker Dr., Suite 3400
Chicago, IL 60601
PH: 312.422.6100
FX: 312.422.6110
johagan@ohaganmeyer.com
dnolan@ohaganmeyer.com
bwhite@ohaganmeyer.com